FILED
DISTRICT COURT
DISTRICT OF NEBRASKA

01 NOV 29 AM 10: 24

GARY D. MCFARLAND
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

4:92CR3072

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the cases listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION |
|---|---|
| CR71-L-154 | (Chart) |
| CR73-L-141 | (Chart) |
| CR73-L-155 | (Chart) |
| CR74-L-16 | (Chart) |
| CR 526-L | (Chart) |
| 76-24M | U.S.A. v. Calvin Sutliff |
| CR 76-L-02 | U.S.A. v. Ronald Alan Perkins |
| CR 76-L-03 | U.S.A. v. James Wilson |
| CR 76-L-04 | U.S.A. v. David Lee White |
| CR 76-L-07 | U.S.A. v. Mary Delores Maestas |
| CR 76-L-16 | U.S.A. v. Hattie Ruth Norris **(2 large charts)** |
| CR 76-L-32 | U.S.A. v. Gary Archer |
| CR 77-L-02 | U.S.A. v. Francis D. Osborne |
| CR 77-L-06 | U.S.A. v. Douglas D. Olson |
| CR 79-L-15 | U.S.A. v. Gary Lee Bohl |
| CR 80-L-08 | U.S.A. v. James Russell Ross |
| CR 80-L-11 | U.S.A. v. Robert S. Potter |
| CR 81-L-04 | U.S.A. v. Jerald Williams |
| CR 81-L-08 | U.S.A. v. Larry Lee Thompson |
| CR 82-L-21 | U.S.A. v. Al-Amin Hunafa, etc. |
| CR 82-L-22 | U.S.A. v. Theodore Nance |
| CR 83-L-10 | U.S.A. v. Kathyrn Louise Glasnapp, et al. |
| CR 83-L-15 | U.S.A. v. Robert Cohen |
| CR 84-L-14 | U.S.A. v. Fidel Anselmo Lopez-Rodriguez |
| CR 84-L-16 | U.S.A. v. Antonio Villanueva-Serrato |
| CR 84-L-17 | U.S.A. v. Roger McMann |
| CR 84-L-18 | U.S.A. v. Dana G. Stephenson, et al |
| CR 84-L-25 | U.S.A. v. Nathan Sansouci |

11-29-01 c>USA hn.

/

```
CR 86-L-22              U.S.A. v. Boyd
CR 87-L-17              U.S.A. v. Parret
CR 88-L-33              U.S.A. v. Melvin Hicks
CR 89-L-02              U.S.A. v. Martha Alanis
CR 90-L-01              U.S.A. v. Francisco Granados, et al.
CR 90-L-02              U.S.A. v. Douglas Haifley, et al.
CR 90-L-03              U.S.A. v. Terry W. Dunlop
CR 90-L-05              U.S.A. v. Jeffrey Mueller
CR 90-L-06              U.S.A. v. Richard Willmes
CR 90-L-09              U.S.A. v. James Edgar
CR 90-L-13              U.S.A. v. Michael Hill
CR 90-L-15              U.S.A. v. Arvid Wiest
CR 90-L-16              U.S.A. v. Thomas E. Nootz
CR 90-L-20              U.S.A. v. Ramona Dobbins, et el.
CR 90-L-26              U.S.A. v. Ripley Curtis Hoffman
CR 90-L-27              U.S.A. v. Steven Van Horn
CR 90-L-30              U.S.A. v. Samuel B. Turner, et al.
CR 90-L-31              U.S.A. v. Joni Williams
CR 90-L-38              U.S.A. v. James Malone
CR 90-L-39              U.S.A. v. Thomas Higgins
CR 90-L-40              U.S.A. v. Walter T. Drewel
4:91CR3002              U.S.A. v. Montez Clemons, et al.
4:91CR3004              U.S.A. v. Duane Hopp
4:91CR3007              U.S.A. v. Robert Charles Clark
4:91CR3010              U.S.A. v. Joseph Gentert
4:91CR3012              U.S.A. v. Julie Disher
4:91CR3013              U.S.A. v. Charles Arehart
4:91CR3015              U.S.A. v. Leonard Woodrum
4:91CR3019              U.S.A. v. James Groene
4:91CR3029              U.S.A. v. Stephanie Morehouse
4:91CR3033              U.S.A. v. Norman Ford
4:91CR3041              U.S.A. v. Michael Kirchoff
4:91CR3042              U.S.A. v. Michael Pope
4:91CR3045              U.S.A. v. Craig McIntosh
4:91CR3046              U.S.A. v. Janice Bradley
4:91CR3047              U.S.A. v. Kimberly Chatman
4:91CR3048              U.S.A. v. Sonny Havlicek
4:91CR3049              U.S.A. v. Robert Kolka
4:91CR3051              U.S.A. v. Robert Moore
4:91CR3052              U.S.A. v. Sean Murry
4:91CR3053              U.S.A. v. Corey Lee Steward
4:91CR3055              U.S.A. v. Allen D. Zollicoffer
4:91CR3056              U.S.A. v. M. Douglas Hickman, Jr.
4:91CR3058              U.S.A. v. Jerry William McCullough
4:91CR3062              U.S.A. v. Merle Mayer
4:91CR3064              U.S.A. v. Robert D. DeAngelo
4:91CR3066              U.S.a. V. William Coady
4:91CR3071              U.S.A. v. Scott Schneider
4:92CR117               U.S.A. v. John Perkins
8:92CR124               U.S.A. v. Kenneth Johnson, Jr.
8:92CR126 & 8:93CR67    U.S.A. V. Edward Elliott
```

| Case Number | Case Title |
|---|---|
| 8:92CR150 | U.S.A. v. Lionel Reagor, et al. |
| 4:92CR3000 | U.S.A. v. Timothy Brian Hulinsky |
| 4:92CR3003 | U.S.A. v. Flavio Fonseca Canizales |
| 4:92CR3006 & 4:92CR3007 | U.S.A. v. Lori Richards |
| 4:92CR3010 | U.S.A. v. Marilyn J. Fidler |
| 4:92CR3012 | U.S.A. v. Paul Ellis |
| 4:92CR3018 | U.S.A. v. Viviano Miranda-Garcia |
| 4:92CR3028 | U.S.A. v. Jeffrey Lechner |
| 4:92CR3032 | U.S.A. v. Ray B. Nelson |
| 4:92CR3035 | U.S.A. v. Wayne Duncan |
| 4:92CR3052 | U.S.A. v. Ronald Miller |
| 4:92CR3053 | U.S.A. v. Jeffrey O'Kelly |
| 4:92CR3060 | U.S.A. v. Michael West |
| 4:92CR3065 | U.S.A. v. Paul K. Golter |
| ✓4:92CR3072 | U.S.A. v. Scott Squires |
| 4:92CR3079 | U.S.A. v. Dennis Mauch |
| 4:92CR3084 | U.S.A. v. Fena Moss |
| 4:92CR3086 | U.S.A. v. William Smith |
| 4:92CR3087 | U.S.A. v. David Satterfield |
| 4:92CR3089 | U.S.A. v. Anthony Underwood |
| 4:93CR3001 | U.S.A. v. Holly Wilmot |
| 4:93CR3002 | U.S.A. v. Ronald Gerhardt, Jr. |
| 4:93CR3009 | U.S.A. v. Robert A. Robertson |
| 4:93CR3022 | U.S.A. v. Richard M. Housman |
| 4:93CR3027 | U.S.A. v. Sandra Sawyer |
| 4:93CR3035 | U.S.A. v. Eric Moore, et al |
| 4:93CR3048 | U.S.A. v. Roslyn Burton |
| 4:93CR3055 | U.S.A. v. Craig Buchanan, et al. |
| 4:93CR3071 | U.S.A. v. Gregory Tenney |
| 4:93CR3073 | U.S.A. v. Vang Vercue, et al. |
| 4:94CR3000 | U.S.A. v. Gregory T. Walsh |
| 4:94CR3006 | U.S.A. v. James Monahan |
| 4:94CR3008 | U.S.A. v. Stacy J. Roblyer |
| 4:94CR3009 | U.S.A. v. Denise Barber |
| 4:94CR3016 | U.S.A. v. Augustin Aranso-Chairez |
| 4:94CR3029 | U.S.A. v. Glen Shomer, et al. |
| 4:94CR3030 | U.S.A. v. Laura Figaszewski |
| 4:94CR3033 | U.S.A. v. James Rounsavall |
| 4:94CR3034 | U.S.A. v. Mary Ann Rounsavall |
| 4:94CR3035 | U.S.A. v. Eric Shawn Perry |
| 4:94CR3037 | U.S.A. v. Jeffrey Allen Busch |
| 4:94CR3038 | U.S.A. v. Dixie Buck |
| 4:94CR3040 | U.S.A. v. Allen Trompke, et al. |
| 4:94CR3041 | U.S.A. v. Jackie Brown, et al. |
| 4:94CR3042 | U.S.A. v. Donna Barger |
| 4:94CR3053 | U.S.A. v. Elizabeth Buckhanan |
| 4:94CR3059 | U.S.A. v. Robert Rash |
| 4:95CR3031 | U.S.A. v. Lasalle Waldrip |
| 4:95CR3037 | U.S.A. v. Corey Hupp |
| 4:95CR3044 | U.S.A. v. Lynn Dutton |
| 4:95CR3054 | U.S.A. v. Joyce Brown |

```
4:96CR3046          U.S.A. v. Alwin Belgrave
4:96CR3052          U.S.A. v. Melayne R. Danekas
4:96CR3064          U.S.A. v. Robert Kersenbrock
4:96CR3065          U.S.A. v. Christopher Muggy
4:97CR3002          U.S.A. v. Jimmie Johnson
4:97CR3019          U.S.A. v. Timothy C. Washington
4:97CR3024          U.S.A. v. Miguel Hernandez-Orozco
4:97CR3045          U.S.A. v. Lee Flora Wallace
4:97CV3051          U.S.A. v. Antonio Brown
4:97CR3054          U.S.A. v. Curtis Paul Shettlesworth
4:97CR3077          U.S.A. v. Eric Gillette
4:97CR3090          U.S.A. v. Peggy L. Shazier, et al.
4:98CR3009          U.S.A. v. Deyara Mason
4:98CR3010          U.S.A. v. Gaila M. Haynes
4:98CR3016          U.S.A. v. John M. Petersen
4:98CR3033          U.S.A. v. Gustavo Martinez-Cruz
4:98CR3034          U.S.A. v. Jennifer Chavez
4:98CR3038          U.S.A. v. Terrion Atkins
4:98CR3045          U.S.A. v. Aaron King
4:98CR3048          U.S.A. v. Rosalind Burton
4:98CR3059          U.S.A. v. Robert E. Jacobsen
4:98CR3069          U.S.A. v. Thomas J. Bernard, et al.
4:98CR3070          U.S.A. v. Robert Baker
4:98CR3075          U.S.A. v. Charles Hertlein, et al.
4:98CR3094          U.S.A. v. Candido Vasquez Soto
4:98CR3095          U.S.A. v. Donald Huntington
4:98CR3102          U.S.A. v. Axel E. Rohe
4:99CR3004          U.S.A. v. Christine Freeman
4:99CR3021          U.S.A. v. Mark Johnson
4:99CR3026          U.S.A. v. Timothy Heir
4:99CR3040          U.S.A. v. Michael A. Ealey
4:99CR3048          U.S.A. v. Kathi S. Kuenning
4:99CR3051          U.S.A. v. Melvin L. Smith
4:99CR3053          U.S.A. v. Reed Wilson
4:99CR3074          U.S.A. v. Thomas P. McGinn
4:99CR3077          U.S.A. v. Carl A. Nielsen
4:99CR3089          U.S.A. v. Randall S. Meyers
4:99CR3103          U.S.A. v. Patrick Sardeson
4:99CR3104          U.S.A. v. Douglas Lampman, Jr.
4:99CR3106          U.S.A. v. Darwin W. Houck, Jr.
4:00CR3004          U.S.A. v. Jesus Arsenio Quintero-Barraza
4:00CR3007          U.S.A. v. Nicki L. Zabel
4:00CR3013          U.S.A. v. Mark D. Nelson
4:00CR3028          U.S.A. v. Abu Sayeed Ghani
4:00CR3030          U.S.A. v. Darrell L. Jones
4:00CR3041          U.S.A. v. Tracie D. Cotton
4:00CR3044          U.S.A. v. Kenneth J. Williams
4:00CR3046          U.S.A. v. Isaac Bells
4:00CR3048          U.S.A. v. Dwayne Amerson
4:00CR3050          U.S.A. v. Billy R. Prall
4:00CR3055          U.S.A. v. Travis Stutzman
```

| | |
|---|---|
| 4:00CR3059 | U.S.A. v. Jesus J. Rodriquez |
| 4:00CR3068 | U.S.A. v. Ramon Garcia |
| 4:00CR3077 | U.S.A. v. Phuoc T. Nguyen, et al |
| 4:00CR3099 | U.S.A. v. Herbert J.C. Kulow |

DATED this 29th day of November, 2001.

BY THE COURT

RICHARD G. KOPF
United States Chief Judge